United States Bankruptcy Court
Eastern District of New York

| | |
|---|---|
| In re: | Case No. 23-44465-jmm |
| Carol Babcock | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 22, 2024 | Form ID: 274 | Total Noticed: 11 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^             Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carol Babcock, 414 4 Av, Unit 1C, Brooklyn, NY 11215-3281 |
| 10278130 | + | Nationstar Mortgage LLC, Gross Polowy LLC, 1775 Wehrle Drive, Suite 100, Williamsville, NY 14221-7093 |
| 10275895 | + | Pacific Union Financial, 1601 LBJ Fwy, Farmers Branch TX. 75234-6512 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: Macconoticing@maccolaw.com | Jan 22 2024 18:16:00 | Michael J. Macco, Michael J. Macco Trustee, 2950 Express Dr S, Ste 109, Islandia, NY 11749-1412 |
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Jan 22 2024 18:16:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| 10275892 | | EDI: ATTWIREBK.COM | Jan 22 2024 23:17:00 | AT&T, PO Box 5011, Carol Stream , IL 60197-5011 |
| 10275894 | + | Email/Text: anthony.mancuso@bnymellon.com | Jan 22 2024 18:16:00 | Bank of New York Mellon, 240 Greenwich Street, New York NY 10286-0001 |
| 10275893 | + | EDI: CCS.COM | Jan 22 2024 23:17:00 | Credit Collections Svc, PO Box 773, Needham, MA 02494-0918 |
| 10275891 | | EDI: JPMORGANCHASE | Jan 22 2024 23:17:00 | Chase, Po Box 15298, Wilmington DE, 19850 |
| 10280694 | ^ | MEBN | Jan 22 2024 18:15:24 | U.S. Bank National Association, AS TRUSTEE,SUCCESS, c/o McCalla Raymer Leibert Pierce, LLC, 50 Weston Street, Hartford, CT 06120-1504 |
| 10275890 | + | EDI: USBANKARS.COM | Jan 22 2024 23:17:00 | US Bank National, Association, 1200 Energy Park Dr., St. Paul, MN 55108-5101 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 22, 2024 | Form ID: 274 | Total Noticed: 11 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2024            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2024 at the address(es) listed below:**

**Name**          **Email Address**

Courtney R. Shed
　　on behalf of Creditor Nationstar Mortgage LLC ecfnotices@grosspolowy.com  ecfnotices@grosspolowy.com

Linda St. Pierre
　　on behalf of Creditor U.S. Bank National Association  AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL linda.st.pierre@mccalla.com, mccallaecf@ecf.courtdrive.com

Michael J. Macco
　　ecfmacco@trustee13.com  jzarrilli@maccolaw.com;ecf@maccolaw.com;maccocr82572@notify.bestcase.com

Office of the United States Trustee
　　USTPRegion02.BR.ECF@usdoj.gov

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Carol Babcock<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–9231<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2: (Spouse, if filing)<br>First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: Eastern District of New York | Date case filed for chapter: 13  12/4/23 | |
| Case number: 1–23–44465–jmm | | |

# NOTICE OF AUTOMATIC DISMISSAL OF CASE
## UNDER BANKRUPTCY CODE § 521 (i)(1)

**NOTICE IS HEREBY GIVEN THAT:**

1) This case was filed on December 4, 2023, with deficiencies.

2) A Notice of Deficiency Filing was sent on December 4, 2023, informing the debtor(s), among other things, that there were outstanding statements, schedules and/or lists to be filed or the case may be subject to automatic dismissal under § 521(i)(1) of the Bankruptcy Code.

3) A Final Notice of Section 521 Deficiencies was sent on January 4, 2024, notifying the debtor(s) that certain documents remained outstanding and in the absence of those documents being filed, the case would be dismissed under § 521(i)(1) of the Bankruptcy Code.

4) As of this date, some or all of the required documents have not been filed with the Clerk of the Court.

Under § 521(i)(1), the above captioned case is dismissed effective on the 46th day after the date of the filing of the petition.

Notice is further given that if there are any outstanding filing fees due, it must be paid in full to the Clerk of Court upon receipt of this notice.

Dated: January 22, 2024

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnod521.jsp** [Notice of Dismissal rev. 05/14/19]